UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**[23] MIGUEL A. LAUREANO-DIAZ,**<br><br>**Defendant.** | Crim. No. 05-020 (JAF) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 12, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant(s) to forfeit:

    A.    Blue 1999 Dodge Ram, Puerto Rico license plate number 653-270 and VIN number 1B7MF33W7XJ636114;

    B.    32' Hard Top Open Fisherman Vessel, Model #sj225TXECS, Serial # G04417464 with Two (2) Johnson 225 HP Outboard Engines and Trailer.

WHEREAS, the United States caused to be published in Nuevo Dia, a newspaper of general circulation, for three consecutive weeks on December 7, 14, and 21, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant(s) had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 853 and 881;

<u>U.S. v. [23] Miguel A. Laureano-Diaz,</u>
**Criminal No. 05-020 (JAF)**
**Final Order of Forfeiture**
**Page 2**

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

A. Blue 1999 Dodge Ram, Puerto Rico license plate number 653-270 and VIN number 1B7MF33W7XJ636114;

B. 32' Hard Top Open Fisherman Vessel, Model #225TXECS, Serial # G04417464 with Two (2) Johnson 225 HP Outboard Engines and Trailer.

are hereby forfeited to the United States of America pursuant to Title 21, <u>United States Code</u>, § 853 and 881.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office for the District of Puerto Rico, Attention: Assistant U.S. Attorney, Aramis G. Ríos.

SO ORDERED on this 24th day of August, 2006.

                                                 S/JOSE A. FUSTE
                                                 JOSE A. FUSTE
                                                 UNITED STATES DISTRICT JUDGE